Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
465 South 400 East, Suite 200
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **IN RE:** | **CASE: 22-22586** |
| Justin Dale Woodard<br>Sisilia Seneti Woodard | **CHAPTER 13** |
| **Debtors** | **Hon. R. KIMBALL MOSIER** |

### TRUSTEE'S CONTINUING OBJECTION TO CONFIRMATION

The Standing Chapter 13 Trustee, hereby objects to confirmation based on the following unresolved issues:

1. Schedule I lists a voluntary, monthly contribution from a third-party. The Debtor(s) should file with the Court an affidavit signed by such third-party stating that the third-party has the means and the intent to make such contributions on a monthly basis during the term of the Debtor(s)' Chapter 13 Plan.

2. Schedule G fails to list the asset (what the contract or lease is for).

3. As of November 8, 2022 the Debtors are now $200.00 delinquent for payments owing through October 2022.

4. The Debtor(s) list on Schedule J an expense for vehicle insurance of $191.00 and auto taxes of $19.00.  The Debtor(s) should either substantiate this expense with admissible, documentary evidence, or remove it from Schedule J.

THEREFORE, the Trustee has an ongoing objection to the confirmation.

Dated: November 8, 2022

LAJ /S/
LON A. JENKINS
CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Continuing Objection to Confirmation was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the following parties on November 08, 2022:

JUSTIN O. BURTON, ECF Notification

/s/ Shanna Vagana